IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELECOMM INNNOVATIONS, LLC,<br><br>  *Plaintiff*<br><br> v.<br><br>SHARP CORPORATION and SHARP ELECTRONICS CORPORATION,<br><br>  *Defendants* | Civil Action No. 1:12-cv-01279-SLR<br><br>JURY TRIAL DEMANDED |

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

 Plaintiff Telecomm Innovations, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendants Sharp Corporation and Sharp Electronics Corporation have not yet answered the Complaint. Accordingly, Telecomm Innovations, LLC voluntarily dismisses Sharp Corporation and Sharp Electronics Corporation without prejudice pursuant to Rule 41(a)(1).

Dated: February 27, 2013

             STAMOULIS & WEINBLATT LLC

             */s/ Richard C. Weinblatt*
             Stamatios Stamoulis #4606
               stamoulis@swdelaw.com
             Richard C. Weinblatt #5080
               weinblatt@swdelaw.com
             Two Fox Point Centre
             6 Denny Road, Suite 307
             Wilmington, DE 19809
             Telephone: (302) 999-1540

             *Counsel for Plaintiff*
             *Telecomm Innovations, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2013, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

>*/s/ Richard C. Weinblatt*
>Richard C. Weinblatt #5080